# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

|  |  |
|---|---|
| WORLDS.COM INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NCSOFT CORP., ) <br> ) <br> Defendant. ) | Civil Action No. 6:08-CV-508-LED <br><br> JURY |

## ORDER TRANSFERRING CASE

Came on for consideration the unopposed motion of Defendant NCsoft Corp. for an order transferring this case to the Northern District of California, San Francisco Division, pursuant to 28 U.S.C. § 1404(a).

IT IS HEREBY ORDERED that this case is transferred to the Northern District of California, San Francisco Division.

**So ORDERED and SIGNED this 14th day of April, 2009.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**